# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

E-filing

BARBARA NEU on behalf of herself and all
others similarly situated,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-06472 JCS

V.

Terminix International, Inc., The Terminix
International Company, LP, The ServiceMaster
Company, ServiceMaster Consumer Services Inc

TO: (Name and address of defendant)

Terminix International, Inc.
860 Ridge Lake Blvd., Memphis, TN 38120

The Terminix International Company, LP
1209 Orange Street, Wilmington, DE, 19801

The ServiceMaster Company
860 Ridge Lake Blvd., Memphis, TN 38120
ServiceMaster Consumer Services, Inc.
860 Ridge Lake Blvd., Memphis, TN 38120
ServiceMaster Consumer Services Limited Partnership
860 Ridge Lake Blvd., Memphis, TN 38120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

H. TIM HOFFMAN
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE DEC 27 2007

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                              Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure