POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: Neu | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Terminix International, Inc. | C07-06472 JCS |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Neu |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Civil Case Cover Sheet, Summons, ADR Certification, ADR Instruction Form, ADR notice phone conference, ADR Packet Northern California Federal Court, ADR stipulation & proposed order selecting ADR process, Instructions for Completion of ADR Forms Regarding Selection of and ADR Process, ECF Registration Information Handout, Order Setting Initial CMC and ADR Deadlines, CM Standing Order, General Order No.

3. a. Party served: ServiceMaster Consumer Services Limited Partnership

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

**BY FAX**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* December 27, 2007   (2) at *(time):* 3:00 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   ServiceMaster Consumer Services Limited Partnership

   under:   Other: Limited Partnership

7. Person who served papers
   a. Name: Mario Lopez
   b. Address: One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 5143
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 28, 2007

Mario Lopez
(NAME OF PERSON WHO SERVED PAPERS)                                (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6654066

| | POS-010 |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Neu<br>DEFENDANT/RESPONDENT: Terminix International, Inc. | CASE NUMBER:<br>C07-06472 JCS |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Neu |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: See Attachment

**BY FAX**

3. a. Party served: The Terminix International Company, LP

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): December 27, 2007   (2) at (time): 3:00 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   The Terminix International Company, LP

   under:   Other: Limited Partnership

7. Person who served papers
   a. Name:   Mario Lopez
   b. Address:   One Legal - 194-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
   c. Telephone number:   415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 5143
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 28, 2007

Mario Lopez
(NAME OF PERSON WHO SERVED PAPERS)                                      (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6654067

Attachment:

Complaint, Civil Case Cover Sheet, Summons, ADR Certification, ADR Instruction Form, ADR notice phone conference, ADR Packet Northern California Federal Court, ADR stipulation & proposed order selecting ADR process, Instructions for Completion of ADR Forms Regarding Selection of and ADR Process, ECF Registration Information Handout, Order Setting Initial CMC and ADR Deadlines, CM Standing Order, General Order No. 40, General Order No. 45, General Order No. 53, Judge Joseph Spero Standing Order, Magistrate Consent Form, Magistrate Declination Form, Waiver of Service of Summons, Notice of Assignment of Case to US Magistrate Judge, Notice of Rule Discontinuing Service By Mail, Welcome to the USDC San Francisco

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Arthur W Lazear, 83603<br>HOFFMAN & LAZEAR<br>180 Grand Ave. Suite 1550<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 763-5700<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |

| PLAINTIFF/PETITIONER: Neu | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Terminix International, Inc. | C07-06472 JCS |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>Neu |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Civil Case Cover Sheet, Summons, ADR Certification, ADR Instruction Form, ADR notice phone conference, ADR Packet Northern California Federal Court, ADR stipulation & proposed order selecting ADR process, Instructions for Completion of ADR Forms Regarding Selection of and ADR Process, ECF Registrati Information Handout, Order Setting Initial CMC and ADR Deadlines, CM Standing Order, General Order No.

3. a. Party served: Terminix International, Inc.

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

   BY FAX

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in Item 2 to the party or person authorized to receive service of process for the party (1) or (date): December 27, 2007    (2) at (time): 3:00 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Terminix International, Inc.

   under:    CCP 416.10 (corporation)

7. Person who served papers
   a. Name:            Mario Lopez
   b. Address:         One Legal - 194-Marin
                       504 Redwood Blvd #223
                       Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 5143
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 28, 2007

Mario Lopez
(NAME OF PERSON WHO SERVED PAPERS)                                          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6654065