1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5
   Attorneys for Plaintiffs
6

7

8            UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   BARBARA NEU on behalf of herself   )   Case No:  3:07-cv-6472 JCS
11 and all others similarly situated,  )
                                       )
12         Plaintiff,                  )
   vs.                                 )
13                                     )
   Terminix International, Inc.,       )   **CERTIFICATE OF SERVICE**
14 The Terminix International Company, LP,)
   The ServiceMaster Company           )
15 ServiceMaster Consumer Services, Inc., )
   ServiceMaster Consumer Services     )
16 Limited Partnership,                )
                                       )
17         Defendants.                 )
                                       )
18 _____)

19 I, Shola Ogunlana, declare:

20     I am, and was at the time of the service mentioned in this declaration, over the age
   of 18 years and am not a party to this cause. My business address is HOFFMAN &
21 LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
   California. On January 8, 2008, I served the following Documents:
22

23     **PROOF OF SERVICE OF SUMMONS**

24
       EMAIL: By transmitting via email based on a court order or an agreement of the
25 parties to accept service by e-mail or electronic transmission, I caused the
   documents to be sent to the persons at the e-mail addresses listed below.
26
       BY HAND DELIVERY: By hand delivering the document(s) listed above to the
27 person(s) at the address(es) set forth below.

28     FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL

EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152 JW:

Thomas Franklin Campbell tcampbell@campbelllitigation.com
H. Tim Hoffman hth@hoffmanandlazear.com
Arthur William Lazear awl@hoffmanandlazear.com
Morgan Matthew Mack mmm@hoffmanandlazear.com

✓ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

Daniel M. Bradley
Richardson Patrick Westbrook & Brickman LLC
174 E. Bay Street
Charleston, SC 29401

Christian Hartley
Richardson Patrick Westbrook & Brickman LLC
174 E. Bay Street
Charleston, SC 29401

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 8, 2008

Shola Ogunlana