```
 1 │ H. TIM HOFFMAN, SBN 49141
   │ ARTHUR W. LAZEAR, SBN 83603
 2 │ MORGAN M. MACK SBN 212659
   │ **HOFFMAN & LAZEAR**
 3 │ 180 Grand Avenue, Suite 1550
   │ Oakland, CA 94612
 4 │ Telephone: (510) 763-5700
 5 │
   │ Attorneys for Plaintiffs
 6 │
 7 │
 8 │              UNITED STATES DISTRICT COURT
 9 │            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ BARBARA NEU on behalf of herself  )  Case No:  3:07-cv-6472 JCS
   │ and all others similarly situated, )
12 │                                   )
   │            Plaintiff,             )
13 │ vs.                               )
   │                                   )
14 │ Terminix International, Inc.,     )  **CERTIFICATE OF SERVICE**
   │ The Terminix International Company, LP,)
15 │ The ServiceMaster Company         )
   │ ServiceMaster Consumer Services, Inc., )
16 │ ServiceMaster Consumer Services   )
   │ Limited Partnership,              )
17 │                                   )
   │            Defendants.            )
18 │                                   )
19 │ I, Shola Ogunlana, declare:
20 │     I am, and was at the time of the service mentioned in this declaration, over the age
   │ of 18 years and am not a party to this cause. My business address is HOFFMAN &
21 │ LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
   │ California. On January 11, 2008, I served the following Documents:
22 │
23 │     **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE
   │     JUDGE**
24 │
25 │ ✓   **EMAIL:** By transmitting via email based on a court order or an agreement of the
   │     parties to accept service by e-mail or electronic transmission, I caused the
26 │     documents to be sent to the persons at the e-mail addresses listed below.
27 │ Daniel M. Bradley
   │ Richardson Patrick Westbrook & Brickman LLC
28 │ 174 E. Bay Street
```

Charleston, SC 29401
dbradley@rpwb.com

Christian Hartley
Richardson Patrick Westbrook & Brickman LLC
174 E. Bay Street
Charleston, SC 29401
chartley@rpwb.com

**BY HAND DELIVERY:** By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**FEDERAL EXPRESS:** By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 07-05152 JW:

Thomas Franklin Campbell tcampbell@campbelllitigation.com
H. Tim Hoffman hth@hoffmanandlazear.com
Arthur William Lazear awl@hoffmanandlazear.com
Morgan Matthew Mack mmm@hoffmanandlazear.com

**BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 11, 2008

_____
Shola Ogunlana