H. TIM HOFFMAN (SBN 49141)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: 510-763-5700

Attorney for Plaintiff
BARBARA NEU

CHRISTOPHER J. BORDERS (SBN 135901)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000

Attorney for Defendant
THE TERMINIX INTERNATIONAL
COMPANY, L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>　　　　Defendants. | Case No. C 07-06472 JCS<br><br>**STIPULATION AND ORDER TO ENLARGE TIME** |

　　　IT IS HEREBY AGREED AND STIPULATED by and between the parties by and through their attorneys, as follows:

　　　1.　　The Terminix International Company Limited Partnership ("Defendant") was served with process on December 27, 2007 and has retained Hinshaw & Culbertson LLP to represent it in this litigation.

1

2. Plaintiff's Complaint is twenty-one (21) pages long, contains 96 paragraphs of allegations, and asserts seven (7) separate claims.

3. Counsel for defendant has been researching the legal issues raised by plaintiff's various claims, as well as reviewing and investigating the numerous factual allegations made in plaintiff's complaint. Given the number of legal and factual issues raised by plaintiff's complaint, that research and factual investigation has not yet been completed.

4. In light of the foregoing, defendant has requested an enlargement of time to file its responsive pleading to plaintiff's complaint, and the parties hereby agree that defendant's responsive pleading may be filed on or before February 18, 2008.

SO STIPULATED

DATED: January 11, 2008

HOFFMAN & LAZEAR

_____
H. TIM HOFFMAN
Attorneys for Plaintiff
BARBARA NEU

DATED: 

HINSHAW & CULBERTSON LLP

_____
CHRISTOPHER J. BORDERS
Attorneys for Defendant
THE TERMINIX INTERNATIONAL
COMPANY, L.P.

ORDER

Upon stipulation of the parties hereto, and good cause appearing,

IT IS HEREBY ORDERED THAT the defendant's time to file its responsive pleading is enlarged to February 18, 2008.

Dated:_____

_____
THE HONORABLE JOSEPH C. SPERO
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

2966085v1   7048395

1      2.    Plaintiff's Complaint is twenty-one (21) pages long, contains 96 paragraphs of allegations, and asserts seven (7) separate claims.

    3.    Counsel for defendant has been researching the legal issues raised by plaintiff's various claims, as well as reviewing and investigating the numerous factual allegations made in plaintiff's complaint. Given the number of legal and factual issues raised by plaintiff's complaint, that research and factual investigation has not yet been completed.

    4.    In light of the foregoing, defendant has requested an enlargement of time to file its responsive pleading to plaintiff's complaint, and the parties hereby agree that defendant's responsive pleading may be filed on or before February 18, 2008.

SO STIPULATED

DATED:                      HOFFMAN & LAZEAR

H. TIM HOFFMAN
Attorneys for Plaintiff
BARBARA NEU

DATED: 1/11/08          HINSHAW & CULBERTSON LLP

CHRISTOPHER J. BORDERS
Attorneys for Defendant
THE TERMINIX INTERNATIONAL COMPANY, L.P.

**ORDER**

Upon stipulation of the parties hereto, and good cause appearing,

IT IS HEREBY ORDERED THAT the defendant's time to file its responsive pleading is enlarged to February 18, 2008.

Dated:_____      _____
                                                          THE HONORABLE JOSEPH C. SPERO
                                                          MAGISTRATE JUDGE
                                                          UNITED STATES DISTRICT COURT

2966685v1   7048395