FILED
2008 JAN 15 PM 5
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

UNITED STATES DISTRICT COURT
Northern District of California

BARBARA NEU on behalf of herself and all others similarly situated,

Plaintiff(s),

v.

THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, INC.

Defendant(s).

CASE NO. 3:07-CV-06472 JCS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

THOMAS F. CAMPBELL, an active member in good standing of the bar of ALABAMA whose business address and telephone number

is:  100 Concourse Parkway, Suite 115
     Birmingham, Alabama 35244
     205-278-6650

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing    Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/15/08

JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BARBARA NEU,

        Plaintiff,

v.

TERMINIX INTERNATIONAL, INC. et al,

        Defendant.

Case Number: CV07-06472 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond L. Bronner
Campbell Law, PC
100 Concourse Parkway
Suite 115
Birmingham, AL 35244

Thomas Franklin Campbell
Campbell Law, PC
100 Concourse Parkway
Suite 115
Birmingham, AL 35244

Dated: January 15, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk