1  CHRISTOPHER J. BORDERS (SBN 135901)
   HINSHAW & CULBERTSON LLP
2  One California Street, 18th Floor
   San Francisco, California 94111
3  Telephone: 415-362-6000

4
   Attorney for Defendants
5  TERMINIX INTERNATIONAL, INC.,
   THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP
6  (erroneously sued herein as The Terminix International Company),
   THE SERVICEMASTER COMPANY,
7  SERVICEMASTER CONSUMER SERVICES, and
   SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12
   BARBARA NEU on behalf of herself and all  ) Case No. C 07-06472 JCS
13 others similarly situated,                 )
                                              ) **DECLINATION TO PROCEED BEFORE A**
14          Plaintiff,                        ) **MAGISTRATE JUDGE AND REQUEST FOR**
                                              ) **REASSIGNMENT TO A UNITED STATES**
15     vs.                                    ) **DISTRICT JUDGE**
                                              )
16 TERMINIX INTERNATIONAL, INC., THE          )
   TERMINIX INTERNATIONAL COMPANY,            )
17 THE SERVICEMASTER COMPANY,                 ) Complaint Filed:  December 27, 2007
   SERVICEMASTER CONSUMER SERVICES, )
18 SERVICEMASTER CONSUMER SERVICES )
   LIMITED PARTNERSHIP,                       )
19                                            )
            Defendants.                       )
20 _____)

21

22        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

23        The undersigned parties hereby decline to consent to the assignment of this case to a United

24 States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to

25 / / /

26 / / /

27 / / /

28 / / /

                                      1

1 | a United States District Judge.

2 | Respectfully submitted,

3 |
4 | DATED: 01/16/08     HINSHAW & CULBERTSON LLP

5 |

6 | CHRISTOPHER J. BORDERS
7 | Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
8 | THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP (erroneously sued herein as
The Terminix International Company),
9 | THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
10 | SERVICEMASTER CONSUMER SERVICES
LIMITED PARTNERSHIP

11 | 2966885v1    7048395

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |