```
1  H. TIM HOFFMAN (SBN 49141)
   HOFFMAN & LAZEAR
2  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
3  Telephone: 510-763-5700

4  Attorney for Plaintiff
   BARBARA NEU
5
   CHRISTOPHER J. BORDERS (SBN 135901)
6  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
7  San Francisco, California 94111
   Telephone: 415-362-6000
8
   Attorney for Defendants
9  TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY
   LIMITED PARTNERSHIP (erroneously sued herein as The Terminix International Company),
10 THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, and
   SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>Defendants. | Case No. C 07-06472 JCS<br><br>**FURTHER STIPULATION AND ORDER TO ENLARGE TIME**<br><br>Complaint Filed: December 27, 2008 |

IT IS HEREBY AGREED AND STIPULATED by and between the parties by and through their respective attorneys, as follows:

1. Defendant THE TERMINIX INTERNATIONAL COMPANY, L.P. and Plaintiff have previously entered into a Stipulation to Enlarge Time which was adopted as an Order of this

court on January 14, 2008. This Defendant previously retained Hinshaw & Culbertson LLP to represent it in the litigation.

    2.    Defendants TERMINIX INTERNATIONAL, INC., THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP have either been served with process on December 28, 2007 or are willing and agree hereby to waive formal service of process and accept service by and through Hinshaw & Culbertson LLP, which has also been retained to represent these Defendants in this litigation.

    3.    Counsel for Defendants continues to research the legal issues raised by Plaintiff's various claims, as well as reviewing and investigating the numerous factual allegations made in the complaint. Given the number of legal and factual issues raised by the complaint, that research and factual investigation has not yet been completed.

    4.    In light of the foregoing, and in order to secure the same due date for responsive pleadings from all Defendants, counsel for Defendants has requested an enlargement of time to file its responsive pleadings to the complaint, and the parties hereby agree that all Defendants' responsive pleadings may be filed on or before February 29, 2008.

SO STIPULATED

DATED: 01/16/08

HOFFMAN & LAZEAR

_____
H. TIM HOFFMAN
Attorneys for Plaintiff
BARBARA NEU

DATED: 01/16/08          HINSHAW & CULBERTSON LLP

_____
Christopher J. Borders
Attorney for Defendants
TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP (erroneously sued herein as The Terminix International Company),
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, AND SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP

## ORDER

Upon stipulation of the parties hereto, and good cause appearing,

IT IS HEREBY ORDERED THAT all Defendants' time to file responsive pleadings is enlarged to February 29, 2008.

Dated:_____

_____
THE HONORABLE JOSEPH C. SPERO
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

2966845v1    7048395