Daniel M. Bradley, 1017 Chuck Dawley Blvd., Mount Pleasant, SC 29464
(843) 727-6500

**FILED**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Barbara Neu

        Plaintiff(s),

    v.

Terminix International, Inc., et al.

        Defendant(s).

CASE NO. 3:07-cv-06472-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Daniel M. Bradley, an active member in good standing of the bar of See attached, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Arthur W. Lazear and H. Tim Hoffman; 180 Grand Avenue, Suite 1550; Oakland, California 94612; (510) 763-5700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/15/08

Daniel M. Bradley

- The State of South Carolina
- United States District Court for the District of South Carolina
- United States Court of Appeals for the 4th Circuit