UNITED STATES DISTRICT COURT
Northern District of California

FILED
JAN 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Barbara Neu

Plaintiff(s),

v.

Terminix International, Inc., et al.

Defendant(s).

CASE NO. 3:07-cv-06472-~~JCS~~ CW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Christian H. Hartley , an active member in good standing of the bar of
See attached whose business address and telephone number
(particular court to which applicant is admitted)
is
Richardson, Patrick, Westbrook & Brickman, LLC, 1017 Chuck Dawley Blvd., Mount Pleasant, SC 29464; (843) 727-6500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN 28 2008

_____
United States ~~Magistrate~~ DISTRICT Judge
CLAUDIA WILKEN
UNITED STATES D...

UNITED STATES DISTRICT COURT
For the Northern District of California

Christian H. Hartley

- The State of South Carolina
- Minnesota
- District of Columbia
- Texas
- U.S. District Court District of South Carolina
- U.S. Court of Appeals, 4th Circuit
- U.S. Court of Appeals, 5th Circuit
- U.S. Court of Appeals, 9th Circuit
- U.S. Supreme Court