UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
Northern District of California

Barbara Neu

CASE NO. 3:07-cv-06472-~~JCS~~ CW

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.
Terminix International, Inc., et al.

Defendant(s).
_____/

Daniel M. Bradley, an active member in good standing of the bar of See attached whose business address and telephone number (particular court to which applicant is admitted) is

Richardson, Patrick, Westbrook & Brickman, LLC, 1017 Chuck Dawley Blvd., Mount Pleasant, SC 29464; (843) 727-6500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JAN 2 8 2008

United States ~~Magistrate~~ District Judge

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Daniel M. Bradley

- The State of South Carolina
- United States District Court for the District of South Carolina
- United States Court of Appeals for the 4th Circuit