```
1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700
5
   Attorneys for Plaintiffs
6
7
8              UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
   BARBARA NEU on behalf of herself  )  Case No: 4:07-cv-06472-CW
11 and all others similarly situated, )
                                      )
12          Plaintiff,                )
   vs.                                )
13                                    )
   Terminix International, Inc.,      )  **CERTIFICATE OF SERVICE**
14 The Terminix International Company, LP,)
   The ServiceMaster Company          )
15 ServiceMaster Consumer Services, Inc., )
   ServiceMaster Consumer Services    )
16 Limited Partnership,               )
                                      )
17          Defendants.               )
                                      )
18 _____)
19 I, Shola Ogunlana, declare:
20      I am, and was at the time of the service mentioned in this declaration, over the age
   of 18 years and am not a party to this cause. My business address is HOFFMAN &
21 LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
   California. On February 6, 2008, I served the following Documents:
22
23      **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL
        CASE**
24
25 ✓    **EMAIL:** By transmitting via email based on a court order or an agreement of the
        parties to accept service by e-mail or electronic transmission, I caused the
26      documents to be sent to the persons at the e-mail addresses listed below.
27 Daniel M. Bradley
   Richardson Patrick Westbrook & Brickman LLC
28 174 E. Bay Street
```

Charleston, SC 29401
dbradley@rpwb.com

Christian Hartley
Richardson Patrick Westbrook & Brickman LLC
174 E. Bay Street
Charleston, SC 29401
chartley@rpwb.com

**BY HAND DELIVERY:** By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**FEDERAL EXPRESS:** By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 4:07-cv-06472-CW:

Thomas Franklin Campbell - tcampbell@campbelllitigation.com
H. Tim Hoffman - hth@hoffmanandlazear.com
Arthur William Lazear - awl@hoffmanandlazear.com
Morgan Matthew Mack - mmm@hoffmanandlazear.com
Christopher Jay Borders - cborders@hinshawlaw.com

**BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 6, 2008

Shola Ogunlana