1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BARBARA NEU on behalf of herself   )   Case No:  4:07-cv-06472-CW
   and all others similarly situated, )
12                                    )
                Plaintiff,             )
13 vs.                                 )
                                       )
14 Terminix International, Inc.,       )   **AMENDED CERTIFICATE OF**
   The Terminix International Company, LP,) **SERVICE**
15 The ServiceMaster Company             )
   ServiceMaster Consumer Services, Inc., )
16 ServiceMaster Consumer Services       )
   Limited Partnership,                  )
17                                       )
                Defendants.              )
18 _____)

19 I, Shola Ogunlana, declare:

20      I am, and was at the time of the service mentioned in this declaration, over the age
   of 18 years and am not a party to this cause. My business address is HOFFMAN &
21 LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County,
   California. On February 6, 2008, I served the following Documents:
22

23      **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL
        CASE**
24

25 ✓   **EMAIL:** By transmitting via email based on a court order or an agreement of the
        parties to accept service by e-mail or electronic transmission, I caused the
26      documents to be sent to the persons at the e-mail addresses listed below.

27      Daniel M. Bradley
        Richardson Patrick Westbrook & Brickman LLC
28      174 E. Bay Street

Charleston, SC 29401
dbradley@rpwb.com

Christian Hartley
Richardson Patrick Westbrook & Brickman LLC
174 E. Bay Street
Charleston, SC 29401
chartley@rpwb.com

Raymond L. Bronner
Campbell Law, PC
100 Concourse Parkway
Suite 115
Birmingham, AL 35244

**BY HAND DELIVERY:** By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**FEDERAL EXPRESS:** By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing the attached document(s) with the United States District Court, Northern District of California, Case No. 4:07-cv-06472-CW:

Thomas Franklin Campbell - tcampbell@campbelllitigation.com
H. Tim Hoffman - hth@hoffmanandlazear.com
Arthur William Lazear - awl@hoffmanandlazear.com
Morgan Matthew Mack - mmm@hoffmanandlazear.com
Christopher Jay Borders - cborders@hinshawlaw.com

**BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 6, 2008

Shola Ogunlana