CHRISTOPHER J. BORDERS (CA SBN 135901)
cborders@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000

Attorney for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP
(erroneously sued herein as The Terminix International Company),
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated, | Case No. C 07-06472 |
| Plaintiff, | **NOTICE OF HEARING ON MOTION TO DISMISS** |
| vs. | |
| TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP, | Complaint Filed: December 27, 2007<br><br>**Date:        April 10, 2008**<br>**Time:        2:00 p.m.**<br>**Courtroom:  2** |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that hearing on the Motion to Dismiss of Defendants TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, and SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP, filed on February 28, 2008, will be heard in the above-entitled court as follows:

1

| | | |
|---|---|---|
| Date: | April 10, 2008 | |
| Time: | 2:00 p.m. | |
| Courtroom: | 2 | |
| Address: | 1301 Clay Street, South Tower, Courtroom 2, Oakland, California | |

DATED: March 3, 2008

Respectfully submitted,

HINSHAW & CULBERTSON LLP

s/Christopher Borders
CHRISTOPHER J. BORDERS
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP (erroneously sued herein as
The Terminix International Company),
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES
LIMITED PARTNERSHIP

2968512v1   884739