**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Neu,<br><br>             Plaintiff(s),<br><br>   v.<br><br>Terminix International, Inc.,<br><br>             Defendant(s). | 07-06472 CW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-06472 CW                              -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4    It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur before the Case Management Conference.

8  Dated: March 20, 2008

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-06472 CW                                -2-

PROOF OF SERVICE

Case Name:    Neu v. Terminix International, Inc.

Case Number:  07-06472 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On March 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Morgan Matthew Mack
>Hoffman & Lazear
>180 Grand Avenue
>Suite 1550
>Oakland, CA 94612
>mmm@hoffmanandlazear.com
>
>H. Tim Hoffman
>Hoffman & Lazear
>180 Grand Avenue
>Suite 1550
>Oakland, CA 94612
>hth@hoffmanandlazear.com
>
>Daniel M Bradley
>Richardson Patrick Westbrook & Brickman
>1017 Chuck Dawley Blvd
>Mt Pleasant, SC 29464
>dbradley@rpwb.com
>
>Christian H. Hartley

P.O. Box 1007
Charleston, SC 29465
chartley@rpwb.com

Arthur William Lazear
Hoffman & Lazear
180 Grand Avenue
Suite 1550
Oakland, CA 94612
awl@hoffmanandlazear.com

Thomas Franklin Campbell
Campbell Law, PC
100 Concourse Parkway
Suite 115
Birmingham, AL 35244
tcampbell@campbelllitigation.com

Raymond Louis Bronner
Campbell Law PC
100 Concourse Parkway
Suite 115
Birmingham, AL 35244
rbronner@campbelllitigation.com

Christopher Jay Borders
Hinshaw & Culbertson LLP
One California Street, 18th Floor
San Francisco, CA 94111
cborders@hinshawlaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 20, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:    Timothy J. Smagacz

                */s/ Timothy Smagacz*
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov