UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BARBARA NEU on behalf of herself
and all others similarly situated,

      Plaintiff(s),

    v.

Terminix International, Inc.,

      Defendant(s).
_____/

Case No. C 07-06472 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                _____
                                  [Party]

Dated: 03/20/2008               /s/ Arthur W. Lazear
                                  [Counsel]