H. TIM HOFFMAN, SBN 49141
ARTHUR W. LAZEAR, SBN 83603
MORGAN M. MACK SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>Terminix International, Inc.,<br>The Terminix International Company, LP,<br>The ServiceMaster Company<br>ServiceMaster Consumer Services, Inc.,<br>ServiceMaster Consumer Services Limited Partnership,<br><br>          Defendants. | Case No: 4:07-cv-06472-CW<br><br>**CERTIFICATE OF SERVICE** |

I, Shola Ogunlana, declare:

     I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On March 20, 2008, I served the following documents:

**MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS;**

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

     EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

     BY HAND DELIVERY: By hand delivering the document(s) listed above to the

1     person(s) at the address(es) set forth below.

2     FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing using ECF as specified by General Order No. 45 the attached document(s) with the United States District Court, Northern District of California, Case No. 4:07-cv-06472-CW:

Daniel M Bradley - dbradley@rpwb.com, jdombrowski@rpwb.com, tstrother@rpwb.com

Raymond Louis Bronner - rbronner@campbelllitigation.com

Christian H. Hartley - chartley@rpwb.com

H. Tim Hoffman - hth@hoffmanandlazear.com

Arthur William Lazear - awl@hoffmanandlazear.com

Morgan Matthew Mack - mmm@hoffmanandlazear.com

Thomas Franklin Campbell - tcampbell@campbelllitigation.com, liz@campbelllitigation.com

    BY MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 20, 2008

*Shola Ogunlana*
Shola Ogunlana