**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEU, | No. C 07-06472 CW |
|     Plaintiff, | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
|   v. | |
| TERMINIX INTERNATIONAL, INC., et al., | |
|     Defendants. | |

Notice is hereby given that the case management conference, previously set for April 8, 2008, is continued to April 10, 2008, at 2:00 p.m., to be heard along with Defendants' Motion to Dismiss, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated:  3/27/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk