1  CHRISTOPHER J. BORDERS (CA SBN 135901)
   cborders@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, California 94111
   Telephone: 415-362-6000
4
   DAVID R. CREAGH
5  DAVID J. RICHARDS
   STEVEN M. PUISZIS
6  CLIFFORD E. YUKNIS
   dcreagh@hinshawlaw.com
7  drichards@hinshawlaw.com
   spuiszis@hinshawlaw.com
8  cyuknis@hinshawlaw.com
   HINSHAW & CULBERTSON LLP
9  222 N. LaSalle Street, Suite 300
   Chicago, IL 60601
10 (312) 704-3000

11 Attorney for Defendants
   TERMINIX INTERNATIONAL, INC.,
12 THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP
   THE SERVICEMASTER COMPANY,
13 SERVICEMASTER CONSUMER SERVICES, and
   SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, LP, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>Defendants. | Case No. C 07-06472 CW<br><br>**APPLICATION FOR *PRO HAC VICE* ADMISSION OF DAVID J. RICHARDS**<br><br>Complaint Filed: December 27, 2007 |

Pursuant to Civil L.R. 11-3, I, David J. Richards, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro*

1
**APPLICATION FOR *PRO HAC VICE* ADMISSION OF DAVID J. RICHARDS**
Case No. C 07-06472

1 | *hac vice* basis representing Defendants Terminix International, Inc., The Terminix International
2 | Company Limited Partnership, The Servicemaster Company, Servicemaster Consumer Services, and
3 | Servicemaster Consumer Services Limited Partnership, in the above entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

Christopher J. Borders, Esq.
Hinshaw & Culbertson, LLP
One California, 18th Floor
San Francisco, CA 94111
(415) 362-6000

4. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DATED: 4-4-08

HINSHAW & CULBERTSON LLP

DAVID J. RICHARDS
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP,
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES
LIMITED PARTNERSHIP