1   CHRISTOPHER J. BORDERS (CA SBN 135901)
    cborders@hinshawlaw.com
2   HINSHAW & CULBERTSON LLP
    One California Street, 18th Floor
3   San Francisco, California 94111
    Telephone: 415-362-6000
4
    DAVID R. CREAGH
5   DAVID J. RICHARDS
    STEVEN M. PUISZIS
6   CLIFFORD E. YUKNIS
    dcreagh@hinshawlaw.com
7   drichards@hinshawlaw.com
    spuiszis@hinshawlaw.com
8   cyuknis@hinshawlaw.com
    HINSHAW & CULBERTSON LLP
9   222 N. LaSalle Street, Suite 300
    Chicago, IL 60601
10  (312) 704-3000

11  Attorney for Defendants
    TERMINIX INTERNATIONAL, INC.,
12  THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP
    THE SERVICEMASTER COMPANY,
13  SERVICEMASTER CONSUMER SERVICES, and
    SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP
14

15                       **UNITED STATES DISTRICT COURT**

16                       **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated, | Case No. C 07-06472 CW |
| Plaintiff, | **APPLICATION FOR *PRO HAC VICE* ADMISSION OF DAVID R. CREAGH** |
| vs. | |
| TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, LP, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP, | Complaint Filed: December 27, 2007 |
| Defendants. | |

    Pursuant to Civil L.R. 11-3, I, David R. Creagh, an active member in good standing of the
bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro*

                                          1

1  *hac vice* basis representing Defendants Terminix International, Inc., The Terminix International
2  Company Limited Partnership, The Servicemaster Company, Servicemaster Consumer Services, and
3  Servicemaster Consumer Services Limited Partnership, in the above entitled action.
4      In support of this application, I certify on oath that:
5      1.    I am an active member in good standing of a United States Court or of the highest
6  court of another State or the District of Columbia, as indicated above;
7      2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
8  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with
9  the Local Rules and the Alternative Dispute Resolution program of this Court; and
10     3.    An attorney who is a member of the bar of this Court in good standing and who
11 maintains an office within the State of California has been designated as co-counsel in the above-
12 entitled action. The name, address, and telephone number of that attorney is:

Christopher J. Borders, Esq.
Hinshaw & Culbertson, LLP
One California, 18th Floor
San Francisco, CA 94111
(415) 362-6000

17     4.    I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DATED: 4-4-08

HINSHAW & CULBERTSON LLP

_____
DAVID R. CREAGH
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP,
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES
LIMITED PARTNERSHIP