1  CHRISTOPHER J. BORDERS (CA SBN 135901)
   cborders@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, California 94111
   Telephone: 415-362-6000
4
   DAVID R. CREAGH
5  DAVID J. RICHARDS
   STEVEN M. PUISZIS
6  CLIFFORD E. YUKNIS
   dcreagh@hinshawlaw.com
7  drichards@hinshawlaw.com
   spuiszis@hinshawlaw.com
8  cyuknis@hinshawlaw.com
   HINSHAW & CULBERTSON LLP
9  222 N. LaSalle Street, Suite 300
   Chicago, IL 60601
10 (312) 704-3000

11 Attorney for Defendants
   TERMINIX INTERNATIONAL, INC.,
12 THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP
   THE SERVICEMASTER COMPANY,
13 SERVICEMASTER CONSUMER SERVICES, and
   SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP
14

FILED
2008 APR -8 PM 1:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, LP, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>        Defendants. | Case No. C 07-06472 CW<br><br>**APPLICATION FOR *PRO HAC VICE* ADMISSION OF CLIFFORD E. YUKNIS**<br><br>Complaint Filed: December 27, 2007 |

Pursuant to Civil L.R. 11-3, I, Clifford E. Yuknis, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro*

1

**APPLICATION FOR *PRO HAC VICE* ADMISSION OF CLIFFORD E. YUKNIS**
Case No. C 07-06472

*hac vice* basis representing Defendants Terminix International, Inc., The Terminix International Company Limited Partnership, The Servicemaster Company, Servicemaster Consumer Services, and Servicemaster Consumer Services Limited Partnership, in the above entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

Christopher J. Borders, Esq.
Hinshaw & Culbertson, LLP
One California, 18th Floor
San Francisco, CA 94111
(415) 362-6000

4. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

DATED: 4/7/08

HINSHAW & CULBERTSON LLP

CLIFFORD E. YUKNIS
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP,
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP