RECEIVED
APR - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
APR - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>Defendants. | Case No. C 07-06472 CW<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Complaint Filed: December 27, 2007 |

Clifford E. Yuknis, an active member in good standing of the bar of Illinois whose business address and telephone number is, 222 N. LaSalle Street, Suite 300, Chicago, Illinois, 60601, (312) 704-3000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Terminix International, Inc., The Terminix International Company Limited Partnership (erroneously sued herein as The Terminix International Company), The Servicemaster Company, Servicemaster Consumer Services, and Servicemaster Consumer Services Limited Partnership.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will

1 constitute notice to the party. All future filings in this action are subject to the requirements
2 contained in General Order No. 45, *Electronic Case Filing*.

DATED: APR - 8 2008

_____
Claudia Wilken
UNITED STATES DISTRICT JUDGE