CHRISTOPHER J. BORDERS (SBN 135901)
**HINSHAW & CULBERTSON LLP**
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000

DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
DAVID R. CREAGH (Admitted *Pro Hac Vice*)
STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
**HINSHAW & CULBERTSON LLP**
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Telephone: 312-704-3000

Attorneys for defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>Defendants. | Case No.: C 07-06472-CW<br><br>**NOTICE OF HEARING ON MOTION TO DISMISS**<br><br>Date:      June 26, 2008<br>Time:     2:00 p.m.<br>Courtroom:  2 |

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that on June 26, 2008 at 2:00 p.m., or as soon thereafter as it may be heard, in Courtroom 2, of the above-entitled court, located at United States District Court, Northern District, 1301 Clay Street, South Tower, Courtroom 2, Oakland, Defendants

1

1  TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY,
2  THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, and
3  SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP will move the Court
4  to grant their Motion to Dismiss.

5      This motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the plaintiff is not a named party to the agreement attached to the Amended Complaint and specific contract terms are not alleged; no independent duty is alleged to support a negligence claim; fraud is not alleged with particularity; and insufficient facts are alleged to support a claim against the ServiceMaster defendants.

    This motion is based on this notice, the motion to dismiss and memorandum of law in support thereof filed May 19, 2008, the reply memorandum which will be filed in support of this motion, and any oral and documentary evidence that may be presented at the hearing on this motion.

DATED: May 20, 2008                    HINSHAW & CULBERTSON LLP


/s/ Christopher J. Borders
CHRISTOPHER J. BORDERS
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP (erroneously sued herein as The Terminix International Company),
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP