1  CHRISTOPHER J. BORDERS (SBN 135901)
   **HINSHAW & CULBERTSON LLP**
2  One California Street, 18th Floor
   San Francisco, California 94111
3  Telephone: 415-362-6000

4  DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
   DAVID R. CREAGH (Admitted *Pro Hac Vice*)
5  STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
   CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
6  **HINSHAW & CULBERTSON LLP**
   222 North LaSalle Street, Suite 300
7  Chicago, Illinois 60601-1081
   Telephone: 312-704-3000

8  Attorneys for Defendants
9  TERMINIX INTERNATIONAL, INC., ET AL.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>Defendants. | Case No.: C 07-06472-CW<br><br>**STIPULATION AND ORDER REGARDING TIME FOR HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Date:   July 10, 2008<br>Time:  2:00 p.m.<br>Courtroom: 2 |

IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties herein as follows:

1. The hearing on the Motion to Dismiss of defendants TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES,

1

1  SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP, previously noticed
2  for June 26, 2008, shall be held July 10, 2008 at 2:00 P.M. The time for filing and service of
3  opposition and reply briefs shall be calculated from this hearing date.
4     2.    The Case Management Conference previously scheduled for June 19, 2008 at
5  2:00 P.M. shall be held on Thursday, July 10, 2008 at 2:00 P.M.
6     SO STIPULATED:
7  DATED: May 23, 2008                HINSHAW & CULBERTSON LLP

               /s/ Christopher J. Borders
               CHRISTOPHER J. BORDERS
               Attorneys for Defendants
               TERMINIX INTERNATIONAL, INC.,
               THE TERMINIX INTERNATIONAL COMPANY
               LIMITED PARTNERSHIP (erroneously sued herein
               as The Terminix International Company),
               THE SERVICEMASTER COMPANY,
               SERVICEMASTER CONSUMER SERVICES, and
               SERVICEMASTER CONSUMER SERVICES
               LIMITED PARTNERSHIP

DATED: May 23, 2008                RICHARDSON PATRICK WESTBROOK &
                                   BRICKMAN

               /s/ Daniel M. Bradley
               DANIEL M. BRADLEY
               Attorneys for Plaintiff
               BARBARA NEU


   SO ORDERED.


DATED:_____       _____
                                   THE HONORABLE CLAUDIA WILKEN
                                   UNITED STATES DISTRICT COURT

2