1  CHRISTOPHER J. BORDERS (SBN 135901)
   **HINSHAW & CULBERTSON LLP**
2  One California Street, 18th Floor
   San Francisco, California 94111
3  Telephone: 415-362-6000

4  DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
   DAVID R. CREAGH (Admitted *Pro Hac Vice*)
5  STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
   CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
6  **HINSHAW & CULBERTSON LLP**
   222 North LaSalle Street, Suite 300
7  Chicago, Illinois 60601-1081
   Telephone: 312-704-3000

8  Attorneys for Defendants
9  TERMINIX INTERNATIONAL, INC., ET AL.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| BARBARA NEU on behalf of herself and all others similarly situated, | Case No.: C 07-06472-CW |
|---|---|
| Plaintiff, | **CERTIFICATION OF INTERESTED PARTIES OR PERSONS (Local Rule 3-16)** |
| vs. | |
| TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned Defendants, TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, and SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP certify that the

1

following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- ServiceMaster Holding Corporation, 860 Ridge Lake Boulevard, Memphis, TN 38120;
- Clayton, Dubilier and Rice, Inc., 375 Park Avenue, 18th Floor, New York, NY 10152;
- CDRSVM Holding, Inc., 375 Park Avenue, 18th Floor, New York, NY 10152;
- CDRSVM Investment Holding, Inc., 375 Park Avenue, 18th Floor, New York, NY 10152 and;
- ServiceMaster Global Holdings, Inc., 375 Park Avenue, 18th Floor, New York, NY 10152.

DATED:  May 28, 2008

Respectfully submitted,

HINSHAW & CULBERTSON LLP

*/s/ Christopher J. Borders*
CHRISTOPHER J. BORDERS
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP (erroneously sued herein as The Terminix International Company), THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, and SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP