1 | CHRISTOPHER J. BORDERS (SBN 135901)
**HINSHAW & CULBERTSON LLP**
2 | One California Street, 18th Floor
San Francisco, California 94111
3 | Telephone: 415-362-6000

4 | DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
DAVID R. CREAGH (Admitted *Pro Hac Vice*)
5 | STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
6 | **HINSHAW & CULBERTSON LLP**
222 North LaSalle Street, Suite 300
7 | Chicago, Illinois 60601-1081
Telephone: 312-704-3000

Attorneys for Defendants
TERMINIX INTERNATIONAL, INC., ET AL.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>Defendants. | Case No.: C 07-06472-CW<br><br>**STIPULATION AND ORDER REGARDING TIME FOR HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE AS MODIFIED**<br>Date:     July 10, 2008<br>Time:     2:00 p.m.<br>Courtroom:  2 |

IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties herein as follows:

1. The hearing on the Motion to Dismiss of defendants TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES,

1

1 | SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP, previously noticed
2 | for June 26, 2008, shall be held July 10, 2008 at 2:00 P.M. The time for filing and service of
3 | opposition and reply briefs shall be calculated from this hearing date.
4 |     2.    The Case Management Conference previously scheduled for June 19, 2008 at
5 | 2:00 P.M. shall be held on Thursday, July 10, 2008 at 2:00 P.M.
6 |     SO STIPULATED:
7 | DATED: May 23, 2008    HINSHAW & CULBERTSON LLP

*/s/ Christopher J. Borders*
CHRISTOPHER J. BORDERS
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP (erroneously sued herein
as The Terminix International Company),
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES
LIMITED PARTNERSHIP

DATED: May 23, 2008    RICHARDSON PATRICK WESTBROOK & BRICKMAN

*/s/ Daniel M. Bradley*
DANIEL M. BRADLEY
Attorneys for Plaintiff
BARBARA NEU

SO ORDERED, **EXCEPT THE MOTION AND CASE MANAGEMENT CONFERENCE WILL BE HEARD ON 7/24/08 AT 2:00 P.M.**

DATED: 6/11/08

*[signature]*
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT

2

Stipulation Regarding Dates For Hearing
on Motion to Dismiss and Case Management Conference
CASE NO. C 07-06472
2971569v1 884739