1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated, | Case No: 4:07-cv-06472-CW |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| Terminix International, Inc., The Terminix International Company, LP, The ServiceMaster Company ServiceMaster Consumer Services, Inc., ServiceMaster Consumer Services Limited Partnership, | |
| Defendants. | |

I, Shola Ogunlana, declare:

I am, and was at the time of the service mentioned in this declaration, over the age of 18 years and am not a party to this cause. My business address is HOFFMAN & LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California 94612, Alameda County, California. On July 3, 2008, I served the following documents:

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' UNTIMELY MOTION TO DISMISS AMENDED COMPLAINT**

EMAIL: By transmitting via email based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below.

BY HAND DELIVERY: By hand delivering the document(s) listed above to the person(s) at the address(es) set forth below.

|   | FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below. |
|---|---|
| ✓ | **ELECTRONIC FILING:** The following parties were served by simultaneously filing using ECF as specified by General Order No. 45 the attached document(s) with the United States District Court, Northern District of California, Case No. 4:07-cv-06472-CW: |

Christopher Jay Borders cborders@hinshawlaw.com

Daniel M Bradley - dbradley@rpwb.com, jdombrowski@rpwb.com, tstrother@rpwb.com

Raymond Louis Bronner - rbronner@campbellltigation.com

Christian H. Hartley - chartley@rpwb.com

H. Tim Hoffman - hth@hoffmanandlazear.com

Arthur William Lazear - awl@hoffmanandlazear.com

Morgan Matthew Mack - mmm@hoffmanandlazear.com

Thomas Franklin Campbell - tcampbell@campbellltigation.com,
            liz@campbellltigation.com

David Raymond Creagh - dcreagh@hinshawlaw.com

Steven Michael Puiszis - spuiszis@hinshawlaw.com

Clifford Edward Yuknis - cyuknis@hinshawlaw.com

|   |   |
|---|---|
| ✓ | **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage   thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. |

David J. Richardson
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 3, 2008

                                                   /s/ Shola Ogunlana
                                                  Shola Ogunlana, Paralegal