| | |
|---|---|
| 1 | CHRISTOPHER J. BORDERS (SBN 135901) |
| | HINSHAW & CULBERTSON LLP |
| 2 | One California Street, 18th Floor |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 362-6000 |
| 4 | |
| | Attorney for Defendants |
| 5 | TERMINIX INTERNATIONAL, INC., |
| | THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP |
| 6 | (erroneously sued herein as The Terminix International Company), |
| 7 | THE SERVICEMASTER COMPANY, |
| | SERVICEMASTER CONSUMER SERVICES, and |
| 8 | SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>Defendants. | ) Case No.: C 07-06472 CW<br>)<br>) **DECLINATION TO PROCEED BEFORE**<br>) **A MAGISTRATE JUDGE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

DECLINATION

The undersigned parties hereby decline to consent to the assignment of this case to a

/ / /

1

1  United States Magistrate Judge for trial and disposition.

2

3  DATED: August 7, 2008                    HINSHAW & CULBERTSON LLP

4

5                                           /s/ *Christopher J. Borders*
                                            CHRISTOPHER J. BORDERS
6                                           Attorneys for Defendants
                                            TERMINIX INTERNATIONAL, INC.,
7                                           THE TERMINIX INTERNATIONAL COMPANY
                                            LIMITED PARTNERSHIP (erroneously sued herein
8                                           as The Terminix International Company),
                                            THE SERVICEMASTER COMPANY,
9                                           SERVICEMASTER CONSUMER SERVICES, and
                                            SERVICEMASTER CONSUMER SERVICES
10                                          LIMITED PARTNERSHIP

2