UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARBARA NEU, on behalf of herself
and all others similarly situated

No. C 4:07-cv-06472-CW

Plaintiff(s),

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

v.

Terminix International, Inc.,
The Terminix International Company, LP,
The ServiceMaster Company
       Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/8/08

Signature: _____

Counsel for PLAINTIFF
(Plaintiff, Defendant, or indicate "pro se")