1  H. TIM HOFFMAN, SBN 49141
   ARTHUR W. LAZEAR, SBN 83603
2  MORGAN M. MACK SBN 212659
   **HOFFMAN & LAZEAR**
3  180 Grand Avenue, Suite 1550
   Oakland, CA 94612
4  Telephone: (510) 763-5700

5
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11 BARBARA NEU on behalf of herself   )   Case No:  4:07-cv-06472-CW
   and all others similarly situated, )
12                                    )
              Plaintiff,              )
13 vs.                                )
                                      )   **CERTIFICATE OF SERVICE**
14 Terminix International, Inc.,      )
   The Terminix International Company, LP, )
15 The ServiceMaster Company          )
     ServiceMaster Consumer Services, Inc., )
16 ServiceMaster Consumer Services    )
   Limited Partnership,               )
17                                    )
              Defendants.             )
18 _____)

19 I, Shola Ogunlana, declare:

20    I am, and was at the time of the service mentioned in this declaration, over the age
   of 18 years and am not a party to this cause.  My business address is HOFFMAN &
21 LAZEAR, 180 Grand Avenue, Suite 1550, Oakland, California  94612, Alameda County,
   California. On July 28, 2008, I served the following documents:
22

23 **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
   AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT
24 JUDGE**

25    EMAIL: By transmitting via email based on a court order or an agreement of the
      parties to accept service by e-mail or electronic transmission, I caused the
26    documents to be sent to the persons at the e-mail addresses listed below.

27    BY HAND DELIVERY: By hand delivering the document(s) listed above to the
      person(s) at the address(es) set forth below.

28

FEDERAL EXPRESS: By placing the documents(s) listed above in FEDERAL EXPRESS drop box facility located closest to my office in Oakland, California, in a sealed FEDERAL EXPRESS envelope, for 5:30 p.m. pickup and overnight delivery. The FEDERAL EXPRESS request form was completed in a manner so that postage was prepaid, and contained instructions requesting delivery by not later than 5:00 pm the following business day, to the person(s) at the address(es) set forth below.

✓ **ELECTRONIC FILING:** The following parties were served by simultaneously filing using ECF as specified by General Order No. 45 the attached document(s) with the United States District Court, Northern District of California, Case No. 4:07-cv-06472-CW:

Christopher Jay Borders cborders@hinshawlaw.com

Daniel M Bradley - dbradley@rpwb.com, jdombrowski@rpwb.com, tstrother@rpwb.com

Raymond Louis Bronner - rbronner@campbelllitigation.com

Christian H. Hartley - chartley@rpwb.com

H. Tim Hoffman - hth@hoffmanandlazear.com

Arthur William Lazear - awl@hoffmanandlazear.com

Morgan Matthew Mack - mmm@hoffmanandlazear.com

Thomas Franklin Campbell - tcampbell@campbelllitigation.com, liz@campbelllitigation.com

David Raymond Creagh - dcreagh@hinshawlaw.com

Steven Michael Puiszis - spuiszis@hinshawlaw.com

Clifford Edward Yuknis - cyuknis@hinshawlaw.com

✓ **BY MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.

David J. Richardson
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 28, 2008

Shola Ogunlana, Paralegal