CHRISTOPHER J. BORDERS (SBN 135901)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000

DAVID J. RICHARDS (Admitted Pro Hac Vice)
DAVID R. CREAGH (Admitted Pro Hac Vice)
STEVEN M. PUISZIS (Admitted Pro Hac Vice)
CLIFFORD E. YUKNIS (Admitted Pro Hac Vice)
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Telephone: 312-704-3000

Attorneys for Defendants
TERMINIX INTERNATIONAL, INC., ET AL.

H. TIM HOFFMAN (SBN 049141)
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: 510-763-5700

Attorney for Plaintiff
BARBARA NEU

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>　　　　　　Defendants. | Case No.: C 07-06472-CW<br><br>**STIPULATION AND ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |

1

IT IS HEREBY AGREED AND STIPULATED by and between the parties by and through their attorneys, as follows:

1. The Case Management Order deadline of September 30, 2008 for the parties to complete the plaintiff's deposition and complete an inspection of the plaintiff's home is extended to October 30, 2008 to accommodate the schedules of counsel and the parties.

SO STIPULATED

DATED: September 29, 2008          HOFFMAN & LAZEAR

/s/ H. Tim Hoffman
H. TIM HOFFMAN
Attorney for Plaintiff


DATED: September 29, 2008          HINSHAW & CULBERTSON LLP

/s/ Christopher J. Borders
CHRISTOPHER J. BORDERS
Attorneys for Defendants

### ORDER

Upon stipulation of the parties hereto,

IT IS HEREBY ORDERED THAT the deadline for completion of the plaintiff's deposition and the inspection of the plaintiff's home is extended to October 30, 2008.

DATED: 10/1/08

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE