CHRISTOPHER J. BORDERS (SBN 135901)
**HINSHAW & CULBERTSON LLP**
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000

DAVID R. CREAGH (Admitted *Pro Hac Vice*)
DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
**HINSHAW & CULBERTSON LLP**
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Telephone: 312-704-3000

Attorneys for Defendants
TERMINIX INTERNATIONAL, INC., ET AL.

H. TIM HOFFMAN, ESQ. (SBN 49141)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: 510-763-5700

Attorney for Plaintiff
BARBARA NEU

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP, <br><br> Defendants. | Case No.: C 07-06472-CW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE MANAGEMENT DEADLINES |

1

Plaintiff, BARBARA NEU, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants, TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, INC., and SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP ("Defendants"), hereby agree and stipulate to amending the Court's Case Management Order deadlines as follows:

1. Pursuant to this Court's August 5, 2008 Minute Order and Case Management Order, Plaintiff is to disclose the identities and reports of her expert witnesses by January 15, 2009 and plaintiff's experts are to be deposed before February 15, 2009; Defendants are to disclose the identities and reports of their expert witnesses by March 15, 2009 and defendants' experts are to be deposed before April 15, 2009; the parties are to complete fact discovery by April 15, 2009; and Plaintiff's motion regarding class certification is to be filed by June 4, 2009, with defendant's opposition due July 2, 2009, Plaintiff's reply due July 16, 2009, and hearing scheduled for July 30, 2009.

2. Due to the trial schedules of counsel for both Plaintiff and Defendants, the parties respectfully request that the above dates for expert disclosure, fact discovery, and class certification briefing and hearing be amended to allow both sides more time to complete these tasks with the diligence they require.

3. The parties stipulate to the following amended discovery schedule:

Completion of Fact Discovery:            July 15, 2009

Disclosure of identities and reports of expert witnesses:
    Plaintiff disclose:            April 15, 2009
    Depose before:               May 15, 2009
    Defendant disclose:          June 15, 2009
    Depose before:               July 15, 2009

Class certification motion filed by Plaintiff     September 3, 2009
Opposition to motion filed by Defendants          October 1, 2009
Reply filed by Plaintiff                          October 15, 2009
Court Hearing on motion                           October 29, 2009, 2:00 p.m.

1      4. Also set forth in this Court's August 5, 2008 Order were deadlines for the Neu property to be available for inspection and for plaintiff's deposition. Due to conflicting schedules, the parties stipulate to an extension of these deadlines to February 15, 2009.

    5. Finally, the parties stipulate to an extension to January 15, 2009 for service of responses to all previously propounded written discovery.

    SO STIPULATED.

DATED: November 19, 2008     HINSHAW & CULBERTSON LLP

*/s/ Christopher J. Borders*
CHRISTOPHER J. BORDERS
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP (erroneously sued
herein as The Terminix International Company),
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES
LIMITED PARTNERSHIP

DATED: November 19, 2008     HOFFMAN & LAZEAR

*/s/ H. Tim Hoffman*
H. TIM HOFFMAN, ESQ.
Attorney for Plaintiff
BARBARA NEU

## ORDER

Upon stipulation of the parties hereto,

IT IS HEREBY ORDERED THAT the Court's Case Management Order is amended to adopt the foregoing stipulated revised deadlines and hearing date.

DATED: 11/25/08

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE