CHRISTOPHER J. BORDERS (SBN 135901)
**HINSHAW & CULBERTSON LLP**
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000

DAVID R. CREAGH (Admitted *Pro Hac Vice*)
DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
**HINSHAW & CULBERTSON LLP**
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Telephone: 312-704-3000

Attorneys for Defendants
TERMINIX INTERNATIONAL, INC., ET AL.

H. Tim Hoffman, Esq. (SBN 49141)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: 510-763-5700

Attorney for Plaintiff
BARBARA NEU

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>     vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>     Defendants. | **Case No.:** C 07-06472-CW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CASE MANAGEMENT DEADLINES** |

1

**STIPULATED MOTION TO AMEND DISCOVERY SCHEDULE**

Plaintiff, BARBARA NEU on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants, TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, INC., and SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP ("Defendants"), respectfully move this Honorable Court for the entry of an order amending the discovery schedule, and in support thereof state as follows:

1. On November 25, 2008, this Court amended its August 5, 2008 Case Management Order to reflect the parties' stipulated revised deadlines of January 15, 2009 to answer all previously propounded written discovery, and February 15, 2009 for the Neu property to be available for inspection and for plaintiff's deposition.

2. Due to the delays and scheduling conflicts caused by the holidays, the parties now request additional extensions until February 6, 2009 to answer all previously propounded written discovery and March 6, 2009 for the Neu property to be available for inspection and for plaintiff's deposition.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request this Honorable Court to enter an Order granting this Motion and revising the discovery deadlines in accordance with the parties' agreement as set forth herein.

Respectfully submitted,

DATED:  January 12, 2009        HINSHAW & CULBERTSON LLP

/s/ Christopher J. Borders
CHRISTOPHER J. BORDERS
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP (erroneously sued herein as The Terminix International Company),
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES
LIMITED PARTNERSHIP

DATED:  January 12, 2009        HOFFMAN & LAZEAR

/s/ H. Tim Hoffman
H. TIM HOFFMAN, ESQ.
Attorney for Plaintiff
BARBARA NEU

# **ORDER**

Upon stipulation of the parties hereto,

IT IS HEREBY ORDERED THAT the Court's Case Management Order is amended to adopt the foregoing stipulated revised deadlines ~~and hearing date~~.

DATED: __1/28/09_____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE