1  CHRISTOPHER J. BORDERS (SBN 135901)
   **HINSHAW & CULBERTSON LLP**
2  One California Street, 18th Floor
   San Francisco, California 94111
3  Telephone: 415-362-6000

4  DAVID R. CREAGH (Admitted *Pro Hac Vice*)
   DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
5  STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
   CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
6  **HINSHAW & CULBERTSON LLP**
   222 North LaSalle Street, Suite 300
7  Chicago, Illinois 60601-1081
   Telephone: 312-704-3000
8
   Attorneys for Defendants
9  TERMINIX INTERNATIONAL, INC., ET AL.

10

11 H. TIM HOFFMAN, ESQ. (SBN 49141)
   **HOFFMAN & LAZEAR**
12 180 Grand Avenue, Suite 1550
   Oakland, California 94612
13 Telephone: 510-763-5700

14 Attorney for Plaintiff
   BARBARA NEU

15

16                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
17
   BARBARA NEU on behalf of herself and all  ) Case No.: C 07-06472-CW
18 others similarly situated,                )
                                              )
19                                            ) STIPULATION AND [~~PROPOSED~~]
                  Plaintiff,                  ) ORDER REGARDING CASE
20                                            ) MANAGEMENT DEADLINES
                                              )
21      vs.                                   )
                                              )
22 TERMINIX INTERNATIONAL, INC., THE          )
   TERMINIX INTERNATIONAL COMPANY,            )
23 THE SERVICEMASTER COMPANY,                 )
   SERVICEMASTER CONSUMER SERVICES,           )
24 SERVICEMASTER CONSUMER SERVICES            )
   LIMITED PARTNERSHIP,                       )
25                                            )
                                              )
26              Defendants.                   )
                                              )
27

28
                                    1

## STIPULATED MOTION TO AMEND DISCOVERY SCHEDULE

Plaintiff, BARBARA NEU on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants, TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, INC., and SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP ("Defendants"), respectfully move this Honorable Court for the entry of an order amending the discovery schedule, and in support thereof state as follows:

1. On November 25, 2008, this Court amended the August 5, 2008 Case Management Order to reflect the parties' stipulated revised deadlines, making Plaintiff's expert disclosures due April 15, 2009; Plaintiff's experts to be deposed before May 15, 2009; Defendants' expert disclosures due June 15, 2009; Defendants' experts to be deposed before June 15, 2009; and fact discovery to be completed by July 15, 2009.

2. On January 28, 2009, this Court further amended the Case Management deadlines, setting March 6, 2009 as the deadline for the Neu property to be available for inspection and for the Plaintiff's deposition.

3. Due to additional delays and scheduling conflicts, the parties now request additional time to complete the inspection of the Neu residence, Plaintiff's deposition, and expert disclosures.

4. The parties stipulate to the following amended discovery schedule:

Complete inspection of Neu property and Plaintiff's deposition:   April 3, 2009

Disclosure of identities and reports of expert witnesses:
    Plaintiff disclose:            May 15, 2009
    Depose before:              June 15, 2009
    Defendant disclose:       July 15, 2009
    Depose before:              August 15, 2009

Completion of Fact Discovery:            August 15, 2009

WHEREFORE, the parties respectfully request this Honorable Court to enter an Order granting this Motion and revising the discovery deadlines in accordance with the parties' agreement as set forth herein.

Respectfully submitted,

DATED: March 3, 2009     HINSHAW & CULBERTSON LLP

/s/ Christopher J. Borders
CHRISTOPHER J. BORDERS
Attorneys for Defendants
TERMINIX INTERNATIONAL, INC.,
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP (erroneously sued
herein as The Terminix International Company),
THE SERVICEMASTER COMPANY,
SERVICEMASTER CONSUMER SERVICES, and
SERVICEMASTER CONSUMER SERVICES
LIMITED PARTNERSHIP

DATED: March 3, 2009     HOFFMAN & LAZEAR

/s/ H. Tim Hoffman
H. TIM HOFFMAN, ESQ.
Attorney for Plaintiff
BARBARA NEU

## ORDER

Upon stipulation of the parties hereto,

IT IS HEREBY ORDERED THAT the Court's Case Management Order is amended to adopt the foregoing stipulated revised deadlines.

DATED: 3/10/09

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE