1  CHRISTOPHER J. BORDERS (SBN 135901)
   **HINSHAW & CULBERTSON LLP**
2  One California Street, 18th Floor
   San Francisco, California 94111
3  Telephone:  415-362-6000

4  DAVID R. CREAGH (Admitted *Pro Hac Vice*)
   DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
5  STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
   CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
6  **HINSHAW & CULBERTSON LLP**
   222 North LaSalle Street, Suite 300
7  Chicago, Illinois 60601-1081
   Telephone:  312-704-3000
8
   Attorneys for Defendants
9  TERMINIX INTERNATIONAL, INC., ET AL.

10
   H. TIM HOFFMAN, ESQ. (SBN 49141)
11 **HOFFMAN & LAZEAR**
   180 Grand Avenue, Suite 1550
12 Oakland, California 94612
   Telephone:  510-763-5700
13
   Attorney for Plaintiff
14 BARBARA NEU

15

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>       vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>                    Defendants. | **Case No.:**  C 07-06472-CW<br><br>**FURTHER AMENDED STIPULATION AND PROPOSED ORDER REGARDING CASE MANAGEMENT DEADLINES** |

1

FURTHER AMENDED STIPULATION AND PROPOSED ORDER
Case No.  C 07-06472 CW

Plaintiff, BARBARA NEU, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants, TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, INC., and SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP ("Defendants"), hereby agree and stipulate to amending the Court's Case Management Order deadlines as follows:

1.  On November 25, 2008, this Court amended its August 5, 2008 Case Management Order to reflect the parties' stipulated revised case management deadlines and hearing date for the Plaintiff's motion regarding class certification. This Court further amended certain deadlines regarding the inspection of the plaintiff's home and the plaintiff's deposition in Orders dated January 28, 2009 and March 10, 2009.

2.  Due to additional unforeseen delays, the parties respectfully request that this Court further extend the case management deadlines and hearing date as set forth below.

3.  The parties stipulate to the following amended discovery schedule:

Complete inspection of Neu property and Plaintiff's deposition:     June 5, 2009

Disclosure of identities and reports of expert witnesses:

| | |
|---|---|
| Plaintiff disclose: | July 15, 2009 |
| Depose before: | August 15, 2009 |
| Defendant disclose: | September 15, 2009 |
| Depose before: | October 15, 2009 |

Completion of Fact Discovery:     October 15, 2009

| | |
|---|---|
| Class certification motion filed by Plaintiff: | October 25, 2009 |
| Opposition to motion filed by Defendants: | November 25, 2009 |
| Reply filed by Plaintiff: | December 3, 2009 |
| Court Hearing on motion: | December 17, 2009, 2:00 p.m. |

/ / /

/ / /

/ / /

2

AMENDED STIPULATION AND PROPOSED ORDER
Case No. C 07-06472 CW

WHEREFORE, the parties respectfully request this Honorable Court to enter an Order granting this Motion and revising the discovery schedule and class certification motion deadlines and hearing in accordance with the parties' agreement as set forth herein.

DATED: May 1, 2009              HINSHAW & CULBERTSON LLP

                                */s/ Christopher J. Borders*
                                CHRISTOPHER J. BORDERS
                                Attorneys for Defendants
                                TERMINIX INTERNATIONAL, INC.,
                                THE TERMINIX INTERNATIONAL COMPANY
                                LIMITED PARTNERSHIP (erroneously sued
                                herein as The Terminix International Company),
                                THE SERVICEMASTER COMPANY,
                                SERVICEMASTER CONSUMER SERVICES, and
                                SERVICEMASTER CONSUMER SERVICES
                                LIMITED PARTNERSHIP

DATED: May 1, 2009              HOFFMAN & LAZEAR

                                */s/ H. Tim Hoffman*
                                H. TIM HOFFMAN, ESQ.
                                Attorney for Plaintiff
                                BARBARA NEU

## **ORDER**

Upon stipulation of the parties hereto,

IT IS HEREBY ORDERED THAT the Court's Case Management Order is amended to adopt the foregoing stipulated revised deadlines and hearing date.

5/5/09

DATED: _____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE