1  CHRISTOPHER J. BORDERS (SBN 135901)
   **HINSHAW & CULBERTSON LLP**
2  One California Street, 18th Floor
   San Francisco, California 94111
3  Telephone: 415-362-6000

4  DAVID R. CREAGH (Admitted *Pro Hac Vice*)
   DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
5  STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
   CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
6  **HINSHAW & CULBERTSON LLP**
   222 North LaSalle Street, Suite 300
7  Chicago, Illinois 60601-1081
   Telephone: 312-704-3000

Attorneys for Defendants
TERMINIX INTERNATIONAL, INC., ET AL.

H. TIM HOFFMAN, ESQ. (SBN 49141)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, California 94612
Telephone: 510-763-5700

Attorney for Plaintiff
BARBARA NEU

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP,<br><br>Defendants. | **Case No.:** C 07-06472-CW<br><br>**STIPULATION AND ORDER AS MODIFIED REGARDING CASE MANAGEMENT DEADLINES** |

1

Plaintiff, BARBARA NEU, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants, TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, INC., and SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP ("Defendants"), hereby agree and stipulate to amending the Court's Case Management Order deadlines as follows:

1. On May 5, 2008, this Court amended certain Case Management deadlines and the hearing date for the Plaintiff's motion regarding class certification in this matter, including setting the date for completing the inspection of the Neu property and plaintiff's deposition for June 5, 2009.

2. The parties are currently exploring the possibility of settlement and would like to avoid incurring further litigation expenses while settlement is being considered. Accordingly, the parties propose further amending the case management deadlines and hearing date for the plaintiff's class certification motion to allow the parties more time to discuss settlement.

3. The parties stipulate to the following amended discovery schedule:

Complete inspection of Neu property and Plaintiff's deposition:   September 11, 2009

Disclosure of identities and reports of expert witnesses:
    Plaintiff disclose:          October 15, 2009
    Depose before:              November 15, 2009
    Defendant disclose:         December 15, 2009
    Depose before:              January 15, 2010

Completion of Fact Discovery:          January 15, 2010

Class certification motion filed by Plaintiff: February 4, 2010
Opposition to motion filed by Defendants:      March 4, 2010
Reply filed by Plaintiff:                      March 18, 2010
Court Hearing on motion:                       April 1, 2010, 2:00 p.m.

1  WHEREFORE, the parties respectfully request this Honorable Court to enter an Order
2  granting this Motion and revising the discovery schedule in accordance with the parties'
3  agreement as set forth herein.

4

5  DATED: June 5, 2009                HINSHAW & CULBERTSON LLP

6
7                                     */s/ Christopher J. Borders*
                                      CHRISTOPHER J. BORDERS
                                      Attorneys for Defendants
8                                     TERMINIX INTERNATIONAL, INC.,
                                      THE TERMINIX INTERNATIONAL COMPANY
9                                     LIMITED PARTNERSHIP (erroneously sued
                                      herein as The Terminix International Company),
10                                    THE SERVICEMASTER COMPANY,
                                      SERVICEMASTER CONSUMER SERVICES, and
11                                    SERVICEMASTER CONSUMER SERVICES
                                      LIMITED PARTNERSHIP
12
    DATED: June 5, 2009                HOFFMAN & LAZEAR
13

14                                    */s/ H. Tim Hoffman*
                                      H. TIM HOFFMAN, ESQ.
15                                    Attorney for Plaintiff
                                      BARBARA NEU
16

3

**ORDER**

Upon stipulation of the parties hereto,

IT IS HEREBY ORDERED THAT the Court's Case Management Order is amended to adopt the foregoing stipulated revised deadlines and hearing date, **EXCEPT THAT THE HEARING AND FCMC WILL BE HELD ON APRIL 8, 2010, AT 2:00 P.M**.

6/11/09

DATED: _____

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE