CHRISTOPHER J. BORDERS (SBN 135901)
**HINSHAW & CULBERTSON LLP**
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000

DAVID R. CREAGH (Admitted *Pro Hac Vice*)
DAVID J. RICHARDS (Admitted *Pro Hac Vice*)
STEVEN M. PUISZIS (Admitted *Pro Hac Vice*)
CLIFFORD E. YUKNIS (Admitted *Pro Hac Vice*)
**HINSHAW & CULBERTSON LLP**
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
Telephone: 312-704-3000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA NEU on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP, <br><br> Defendants. | Case No.: C 07-06472-CW <br><br> STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(a)(1)] |

TO THE COURT AND ALL PARTIES:

Plaintiff BARBARA NEU and Defendants TERMINIX INTERNATIONAL, INC., THE TERMINIX INTERNATIONAL COMPANY, THE SERVICEMASTER COMPANY, SERVICEMASTER CONSUMER SERVICES, SERVICEMASTER CONSUMER SERVICES LIMITED PARTNERSHIP, by and through their counsel of record, hereby stipulate that the above-captioned Complaint by Plaintiff and against Defendants shall be and is voluntarily

dismissed by Plaintiff with prejudice to her rights, pursuant to the provisions of Federal Rules of Civil Procedure 41(a)(1) and to the terms of the parties' separate confidential settlement agreement. The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

Dated: November 5, 2009          HINSHAW & CULBERTSON LLP

By: _____
Christopher J. Borders
Attorneys for Defendants

Dated: November 4, 2009          HOFFMAN & LAZEAR

By: _____
Arthur William Lazear
Attorney for Plaintiff

IT IS SO ORDERED.

Dated: 12/16, 2009

_____
HON. CLAUDIA WILKEN
JUDGE OF U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIP AND PROPOSED ORDER FOR VOLUNTARILY DISMISSAL WITH PREJUDICE [F.R.C.P. 41 (a)(1)]
CASE NO. C 07-06472